November 20, 1981.

440 A.2d 1251

Commonwealth v. Dukes, Appellant.

Petition for Allowance of Appeal Denied April 1, 1982.

Submitted September 10, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.